**3-22CV2188-D**

CLERK U.S DISTRICT COURT
NORTHERN DIST. OF TX
FILED

In the United States District Court for the Northern District of Texas

Dallas Division

2022 OCT -3 PM 12: 14

DEPUTY CLERK __MG__

| | | |
|---|---|---|
| Sonya L. Chapman | § | |
|     Plaintiff | § | |
| V. | § | |
| ADT LLC | § | |
|     Defendant | § | |

## Motion to File Civil Claim

To the Honorable Judge of This Court:

Petitioner Sonya L. Chapman now comes to Petition the Court for leave to file her civil complaint. Plaintiff contends she respectfully asks the Court prior to filing due to previous decisions of the Court regarding Plaintiff filing a civil claim in this Court. Plaintiff contends and attests the same as according to Tex. Civ. Prac. Rem, Code. Title 2 § 10.001 SIGNING OF PLEADINGS AND MOTIONS. The signing of a pleading or motion as required by the Texas Rules of Civil Procedure constitutes a certificate by the signatory that to the signatory's best knowledge, information, and belief, formed after reasonable inquiry:

    (1) the pleading or motion is not being presented for any improper purpose, including to harass or to cause unnecessary delay or needless increase in the cost of litigation;

    (2) each claim, defense, or other legal contention in the pleading or motion is warranted by existing law or by a nonfrivolous argument for the extension, modification, or reversal of existing law or the establishment of new law;

    (3) each allegation or other factual contention in the pleading or motion has evidentiary support or, for a specifically identified allegation or factual contention, is likely to have evidentiary support after a reasonable opportunity for further investigation or discovery. Plaintiff contends she file a complaint with EEOC and received a right to sue letter please see attached.

### Prayer

Plaintiff respectfully asks this court to grant her leave to file a civil complaint in said court.

Done this 3rd day of October 2022.

*Sonya Chapman*

Respectfully submitted.

Sonya L. Chapman
1533 Honey Trail
Glenn Heights, Texas 75154