IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SONYA CHAPMAN, | § | |
| Plaintiff, | § § § | |
| V. | § | No. 3:22-cv-2188-D-BN |
| ADT LLC, | § § § | |
| Defendant. | § § | |

### ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS*

Under the provisions of 28 U.S.C. § 1915, permission is hereby granted for Plaintiff Sonya Chapman to proceed *in forma pauperis* in this Court until judgment is entered. But service of process shall not issue, if at all, until the Court completes its screening of this action under 28 U.S.C. § 1915(e)(2).

SO ORDERED.

DATED: October 6, 2022

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE