Sonya Chapman Plaintiff       No. 3:22-CV-2188-D-BN
v.
ADT LLC et seq    Plaintiffs Response to Magistrate Judges Questionnaire
                  To Plaintiff Dated October 7, 2022

**QUESTION NO. 1:** Based on the notice issued by the U.S. Equal Employment Opportunity Commission (the EEOC) attached to your complaint, it appears that you may have submitted the employment claims that you are asserting in this suit in a complaint to the EEOC or an equivalent state agency.

If so, please attach a copy of the following:

✓a)   all complaints that you submitted to the EEOC or the state agency alleging discriminatory action(s);

✓b)   all documents that you submitted to the EEOC or the state agency related to your complaint;

✓c)   all letters from the EEOC or the state agency notifying you of your right to file suit; and

✓d)   all other correspondence sent to you by the EEOC or the state agency related to the claims in the complaint you have filed in this lawsuit.

**ANSWER:**

A. Attached is a copy of EEOC Investigator Charge of Discrimination. I made several inquiries to file a charge of discrimination.

B. I have attached inquiries I made on the EEOC website attempting to file a charge of discrimination.

C. Attached is the EEOC Notice of Right to Sue.

D. Attached are emails sent by EEOC related to the claims in the complaint filed in this lawsuit.

- 3 -

**QUESTION NO. 2:** When did you submit your claims to the EEOC or the equivalent state agency?

**ANSWER:** 3/7/2022 Plaintiff via online the EEOC website attempted to file a complaint, but later had to be reviewed by investigator over the phone some months later. Plaintiff contends she has filed numerous complaints/claims with EEOC one of which was not responded to. Plaintiff contends due to EEOC lack of response to past claims submitted and or failure to review the facts of her claim in light of the applicable laws EEOC is unreliable. Plaintiff contends her EEOC complaint against Exxon Mobile was investigated and the court did not find or rule on their investigation.

Plaintiff does not have access to the online complaint first written to EEOC it has since been closed and not deemed a complaint but an inquiry.

## VERIFICATION

STATE OF TEXAS §
 § No. 3:22-cv-2188-D-BN
COUNTY OF _____ §

I understand that a false statement or answer to any interrogatories in this cause of action will subject me to penalties for perjury. I declare (or certify, verify or state) under penalty of perjury that the foregoing answers are true and correct (28 U.S.C. § 1746).

SIGNED on this 16th day of November, 2022.

*Sonya Chapman*
Sonya Chapman, Plaintiff

EEOC Form 5 (11/09)

|  | CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|---|
|  | This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br>FEPA | 510-2022-03700 |

| Texas Workforce Commission Civil Rights Division | and EEOC |
|---|---|
| *State or local Agency, if any* |  |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| Mrs. Sonya Chapman | (214) 694-5770 | 1968 |

Street Address

1533 Honey Trail 903

Glenn Heights, TX 75154

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| ADT Security Services | 501+ Employees | (561) 988-3601 |

Street Address

1503 W YAMATO RD

BOCA RATON, FL 33431

| Name | No. Employees, Members | Phone No. |
|---|---|---|
|  |  |  |

Street Address — City, State and ZIP Code

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
|  | Earliest — Latest |
| Age, Race, Sex | 02/10/2022 — 03/07/2022 |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I. PERSONAL HARM: 1. On March 7, 2022, I was wrongfully terminated from the RSS position by Ashley Merrick (Training Development & Quality Team Manager). 2. Beginning in February 2021 until my termination on March 7, 2022, I have been subjected to a hostile work environment in that the trainer was very rude to me and gave me a verbal warning on February 10, 2022, for unprofessional behavior, and issued two additional written warnings on February 22, 2022, and February 28, 2022, for unprofessional behavior. II. RESPONDENTS REASON FOR ADVERSE ACTION: 1. I was told by Ashley Merrick (Training Development & Quality Team Manager) that I was not meeting the job expectations and that I was decided that I was not a good fit for the company. 2. There was no reason given for the rude behavior towards me by the trainer but I was written up for unprofessional behavior and it was stated that this was regarding my tone of voice, not taking accountability for my actions, unprofessional responses to customers, struggling with my role, and not showing any improvement with dealing with customers, navigation issues, not being able to apply the feedback from the training team, and not wanting to go over changes with her mentor, which were simply not true. III. DISCRIMINATION STATEMENT: I believe that I was discriminated against because of my race (Black) and sex (Female), in violation of Title VII

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally Signed By: Mrs. Sonya Chapman**<br>08/30/2022 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| *Charging Party Signature* |  |

| EEOC Form 5 (11/09) | | |
|---|---|---|
| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>EEOC<br>FEPA | Agency(ies) Charge No(s):<br>**510-2022-03700** |
| **Texas Workforce Commission Civil Rights Division**<br>*State or local Agency, if any* | | and EEOC |

of the Civil Rights Act of 1964, as amended as well as discriminated against because of my age, 54, in violation of the Age Discrimination in Employment Act of 1967.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Mrs. Sonya Chapman**<br>08/30/2022<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Dallas District Office**
207 S. Houston Street, 3rd Floor
Dallas, TX 75202
(800) 669-4000
Website: www.eeoc.gov

## **DETERMINATION AND NOTICE OF RIGHTS**
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 09/01/2022

**To:** Mrs. Sonya Chapman
1533 Honey Trail
Glenn Heights, TX 75154

Charge No: 510-2022-03700

EEOC Representative and email:     Yolanda Brown
Equal Opportunity Investigator
yolanda.brown@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is the official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 510-2022-03700.

On behalf of the Commission,

Yolanda R. Brown   Digitally signed by Yolanda R. Brown
Date: 2022.09.01 17:44:49 -05'00'   /for

Travis Nicholson
Dallas District Director

**Cc:**
Rebecca Faucher, Corporate Paralegal
ADT Security Systems
1501 Yamato Rd
Boca Raton, FL 33431
Rfaucher@adt.com

Rachel Ellis, HR Generalist
ADT Security
3190 South Vaughn Way
Aurora, CO 80014


Please retain this notice for your records.

# EEOC Schedule Appointment

From:   Dallas Intake (dallasintake@eeoc.gov)

To:     Snychpmn@yahoo.com

Date:   Monday, April 4, 2022 at 08:41 AM CDT

Good morning, Good afternoon,
Your communication with the Equal Employment Opportunity Commission requesting an interview has been received. Our records indicate you submitted documentation and/or corresponded with EEOC recently.
Due to this communication/submission, you have been scheduled for an appointment on **4/05/2022, @ 08:00am**. **An investigator** will contact you to conduct the interview and please afford up to an hour and a half for this interview. **(This will be the only email you will receive. Please mark your calendar)**

To facilitate the interview process please login on to the portal and upload any relevant documentation and have it available for discussion at the time of the interview including but not limited to disciplinary and termination documentation. Medical documentation provided to the company on ADA complaints is being requested as well.

Please be advised the call may come through as "**Unknown**" or "**Private**" on your caller ID. Only two attempts within 15 minutes of each other will be made for the conduction of the interview.

Thank you,



Equal Employment Opportunity Commission
207 S Houston St.
Dallas, Texas 75202
972-918-3649Tel
214-253-2720 Fax
DALLASINTAKE@eeoc.gov

*In response to the ongoing coronavirus pandemic, the U.S. Equal Employment Opportunity Commission has implemented agency wide telework.During this time limited staff is available to process the mail. I encourage you to use email as your primary method of communication with me.*

Warning: All information contained in this email message is privileged and confidential for use ONLY by the Equal Employment Opportunity Commission (EEOC) and the intended recipient(s). If you are not an intended recipient, you are hereby notified that any use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please delete all copies of the message and its

# EEOC Schedule Appointment

From: Dallas Intake (dallasintake@eeoc.gov)

To: Snychpmn@yahoo.com

Date: Friday, April 29, 2022 at 11:28 AM CDT

Good morning, Good afternoon,

Your communication with the Equal Employment Opportunity Commission requesting an interview has been received. Our records indicate you submitted documentation and/or corresponded with EEOC recently.

Due to this communication/submission, you have been scheduled for an appointment on **05/20/2022, @ 02:45pm**. An **investigator** will contact you to conduct the interview and please afford up to an hour and a half for this interview. **(This will be the only email you will receive. Please mark your calendar)**

To facilitate the interview process please login on to the portal and upload any relevant documentation and have it available for discussion at the time of the interview including but not limited to disciplinary and termination documentation. Medical documentation provided to the company on ADA complaints is being requested as well.

Please be advised the call may come through as "**Unknown**" or "**Private**" on your caller ID. Only two attempts within 15 minutes of each other will be made for the conduction of the interview.

Thank you,



Equal Employment Opportunity Commission
207 S Houston St.
Dallas, Texas 75202
972-918-3649Tel
214-253-2720 Fax
DALLASINTAKE@eeoc.gov

*In response to the ongoing coronavirus pandemic, the U.S. Equal Employment Opportunity Commission has implemented agency wide telework. During this time limited staff is available to process the mail. I encourage you to use email as your primary method of communication with me.*

Warning: All information contained in this email message is privileged and confidential for use ONLY by the Equal Employment Opportunity Commission (EEOC) and the intended recipient(s). If you are not an intended recipient, you are hereby notified that any use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please delete all copies of the message and its

# EEOC Schedule Appointment - 510-2022-03700

From:   Dallas Intake (dallasintake@eeoc.gov)

To:     snychpmn@yahoo.com

Date:   Monday, June 6, 2022 at 08:45 AM CDT

---

Good morning, Good afternoon,

Your communication with the Equal Employment Opportunity Commission requesting an interview has been received. Our records indicate you submitted documentation and/or corresponded with EEOC recently.

Due to this communication/submission, you have been scheduled for an appointment on **07/11/2022, @ 08:00am**. An **investigator** will contact you to conduct the interview and please afford up to an hour and a half for this interview. **(This will be the only email you will receive. Please mark your calendar)**

To facilitate the interview process please login on to the portal and upload any relevant documentation and have it available for discussion at the time of the interview including but not limited to disciplinary and termination documentation. Medical documentation provided to the company on ADA complaints is being requested as well.

Please be advised the call may come through as "**Unknown**" or "**Private**" on your caller ID. Only two attempts within 15 minutes of each other will be made for the conduction of the interview.

Thank you,



Equal Employment Opportunity Commission
207 S Houston St.
Dallas, Texas 75202
972-918-3649Tel
214-253-2720 Fax
DALLASINTAKE@eeoc.gov

*In response to the ongoing coronavirus pandemic, the U.S. Equal Employment Opportunity Commission has implemented agency wide telework.During this time limited staff is available to process the mail. I encourage you to use email as your primary method of communication with me.*

Warning: All information contained in this email message is privileged and confidential for use ONLY by the Equal Employment Opportunity Commission (EEOC) and the intended recipient(s). If you are not an intended recipient, you are hereby notified that any use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please delete all copies of the message and its

# RE: EEOC Charge No. 510-2022-03700

From: Dallas Intake (dallasintake@eeoc.gov)

To: snychpmn@yahoo.com

Date: Wednesday, June 29, 2022 at 04:49 PM CDT

Greetings,

Please await instructions from the investigator on the day of your interview.

*In response to the ongoing coronavirus pandemic, the U.S. Equal Employment Opportunity Commission has implemented agency wide telework. During this time limited staff is available to process the mail. I encourage you to use email as your primary method of communication with me.*

Warning: All information contained in this email message is privileged and confidential for use ONLY by the Equal Employment Opportunity Commission (EEOC) and the intended recipient(s). If you are not an intended recipient, you are hereby notified that any use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please delete all copies of the message and its attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. Emails that are sent or received by the EEOC will be retained according to EEOC's record retention schedule.

**From:** sonya chapman <snychpmn@yahoo.com>
**Sent:** Wednesday, June 29, 2022 1:28 PM
**To:** Dallas Intake <dallasintake@eeoc.gov>
**Subject:** EEOC Charge No. 510-2022-03700

**CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Hi I would like to upload documents for my up coming phone interview, where do I go to upload documents. Also, can I submit audio as well.

Sonya Chapman


Sonya Chapman

# 2022-07-11 EEOC Charge No. 510-2022-03700

From: YOLANDA BROWN (yolanda.brown@eeoc.gov)

To: Snychpmn@yahoo.com

Date: Monday, July 11, 2022 at 09:57 AM CDT

Good Morning Ms./Mrs. Chapman~

Per our conversation, I have attached the attorney referral list for your review. Also, you may want to check the following website for additional attorneys: https://www.mytela.org.

Also, whenever you are ready to file your charge, you will need to contact (972) 918-3580 and leave a voice message referencing your inquiry number and indicating that you need to schedule an interview b/c you will go through the same process and that you would like to file your charge.

I will be looking out for the voice recordings and the copies of the disciplinary actions you received.

Kind Regards,



## Yolanda R. Brown

Federal Investigator

Dallas District Office | U. S. EEOC

---

(972) 918-3634
yolanda.brown@eeoc.gov
**Fax: 214-253-2720**
207 S. Houston Street, FL 3, Dallas, TX 75202

*Please Note: In response to the ongoing coronavirus pandemic, EEOC has implemented 100% Agency-Wide Telework for all staff until further notice. Please submit all communication at this time ONLY via electronic means including Charging Party and Respondent portals as well as via email. Thank you for your understanding and consideration.*

📎 Copy of Attorney Referral List Rev_Update- 6.2022.xlsx

# RE: Filing a Charge

From: YOLANDA BROWN (yolanda.brown@eeoc.gov)
To: snychpmn@yahoo.com
Date: Thursday, July 28, 2022 at 12:06 PM CDT

Good Morning Ms./Mrs. Chapman~

Once you go through the interview process and file a charge then you can request the Notice of Right to Sue. I've attached the attorney referral list as well and you may want to visit https://www.mytela.org for additional employment law attorney's.

Hope this helps.

Kind Regards,

Yolanda R. Brown

Investigator

(972) 918-3634

---

**From:** sonya chapman <snychpmn@yahoo.com>
**Sent:** Wednesday, July 27, 2022 05:58 PM
**To:** YOLANDA BROWN <YOLANDA.BROWN@EEOC.GOV>
**Subject:** Filing a Charge

> **CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Hi Mrs. Brown. Can you please advise me whether I will receive a right to sue letter once I file a charge. Also, what is the wait time to receive a right to sue letter after filing a charge. I am currently seeking legal representation and a right to sue letter is beneficial.

Sonya Chapman

Sent from Yahoo Mail on Android

 Copy of Attorney Referral List Rev_Update- 6.2022.xlsx
59.9kB

Thank you

**Juan F. Muñoz**

Supervisory EEO Investigator

207 S. Houston 3rd Floor

Dallas, TX 75202

*In response to the ongoing coronavirus pandemic, the U.S. Equal Employment Opportunity Commission has implemented agency wide telework. Effective immediately all employees are being asked to telework until further notice. Therefore, please submit all communication at this time **ONLY** via electronic means including respective Charging Party and Respondent portals (most effective means) and email. Thank you for your understanding and consideration.*

Telephone: 972-918-3607

FAX: 214-253-2720

Dallas District Office

**From:** sonya chapman <snychpmn@yahoo.com>
**Sent:** Friday, July 29, 2022 1:21 PM
**To:** Dallas Intake <dallasintake@eeoc.gov>
**Subject:** Charge No. 510-2022-03700

> **CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Hi. Is there an updated status for charge No. 510-2022-03700, ie., post investigator interview.

Sonya Chapman

Sent from Yahoo Mail on Android

## RE: Charge No. 510-2022-03700

From: Dallas Intake (dallasintake@eeoc.gov)

To: snychpmn@yahoo.com

Date: Monday, August 1, 2022 at 09:12 AM CDT

Good afternoon, please note our records indicate you were interviewed in April and again in July of this year. You did not file a charge of discrimination. You were also emailed an attorney referral list as well.

Thank you

**Juan F. Muñoz**

Supervisory EEO Investigator

207 S. Houston 3rd Floor

Dallas, TX 75202

*In response to the ongoing coronavirus pandemic, the U.S. Equal Employment Opportunity Commission has implemented agency wide telework. Effective immediately all employees are being asked to telework until further notice. Therefore, please submit all communication at this time **ONLY** via electronic means including respective Charging Party and Respondent portals (most effective means) and email. Thank you for your understanding and consideration.*

Telephone: 972-918-3607

FAX: 214-253-2720

Dallas District Office

---

**From:** sonya chapman <snychpmn@yahoo.com>
**Sent:** Friday, July 29, 2022 1:21 PM
**To:** Dallas Intake <dallasintake@eeoc.gov>
**Subject:** Charge No. 510-2022-03700

**CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Hi. Is there an updated status for charge No. 510-2022-03700, ie., post investigator interview.

# RE: Charge No. 510-2022-03700

From:   Dallas Intake (dallasintake@eeoc.gov)

To:     snychpmn@yahoo.com

Date:   Tuesday, August 2, 2022 at 10:07 AM CDT

Good Morning,

Our records indicate you were interviewed on 04/05/2022 and on 07/11/2022. As of now, you do not have a charge of discrimination.

*In response to the ongoing coronavirus pandemic, the U.S. Equal Employment Opportunity Commission has implemented agency wide telework. During this time limited staff is available to process the mail. I encourage you to use email as your primary method of communication with me.*

**Warning:** All information contained in this email message is privileged and confidential for use ONLY by the Equal Employment Opportunity Commission (EEOC) and the intended recipient(s). If you are not an intended recipient, you are hereby notified that any use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please delete all copies of the message and its attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. Emails that are sent or received by the EEOC will be retained according to EEOC's record retention schedule.

**From:** sonya chapman <snychpmn@yahoo.com>
**Sent:** Monday, August 1, 2022 5:26 PM
**To:** Dallas Intake <dallasintake@eeoc.gov>
**Subject:** RE: Charge No. 510-2022-03700

Hi. I was not interviewed in April. Please clarify why your response is I was interviewed in April. I have been interviewed by Mrs. Brown only July 11, 2022. I was told I could not file a charge until I have been interviewed.

Sonya Chapman

Sent from Yahoo Mail on Android

On Mon, Aug 1, 2022 at 9:12 AM, Dallas Intake

<dallasintake@eeoc.gov> wrote:

> Good afternoon, please note our records indicate you were interviewed in April and again in July of this year. You did not file a charge of discrimination. You were also emailed an attorney referral list as well.

# RE: Charge No. 510-2022-03700

From:  Voicemail DALL General (voicemail.dall.general@eeoc.onmicrosoft.com)

To:    snychpmn@yahoo.com

Date:  Tuesday, August 9, 2022 at 11:36 AM CDT

Good morning,

    According to the notes from the investigator you interviewed with, you declined to file. Are you saying now you want to continue on with your charge?



**Equal Employment Opportunity Commission**
207 S Houston St.
Dallas, Texas 75202
972-918-3649 Tel
214-253-2720 Fax
DALLASINTAKE@eeoc.gov

*In response to the ongoing coronavirus pandemic, the U.S. Equal Employment Opportunity Commission has implemented agency wide telework. During this time limited staff is available to process the mail. I encourage you to use email as your primary method of communication with me.*

**Warning:** All information contained in this email message is privileged and confidential for use ONLY by the Equal Employment Opportunity Commission (EEOC) and the intended recipient(s). If you are not an intended recipient, you are hereby notified that any use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please delete all copies of the message and its attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. Emails that are sent or received by the EEOC will be retained according to EEOC's record retention schedule.

---

**From:** sonya chapman <snychpmn@yahoo.com>
**Sent:** Sunday, August 7, 2022 8:22 PM
**To:** Dallas Intake <dallasintake@eeoc.gov>
**Subject:** RE: Charge No. 510-2022-03700

**CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Hi. May I receive assistance filing a charge of discrimination. I can only get through to the inquiry stage. I have made numerous inquiries and was interviewed as of 7/11/2022.

# RE: Charge No. 510-2022-03700

From:   Voicemail DALL General (voicemail.dall.general@eeoc.onmicrosoft.com)

To:     snychpmn@yahoo.com

Date:   Tuesday, August 9, 2022 at 11:39 AM CDT

I have placed you on my list to be assigned an appointment. The wait is a little lengthy since I have so many ahead of you.



Equal Employment Opportunity Commission
207 S Houston St.
Dallas, Texas 75202
972-918-3649Tel
214-253-2720 Fax
DALLASINTAKE@eeoc.gov

*In response to the ongoing coronavirus pandemic, the U.S. Equal Employment Opportunity Commission has implemented agency wide telework.During this time limited staff is available to process the mail. I encourage you to use email as your primary method of communication with me.*

Warning: All information contained in this email message is privileged and confidential for use ONLY by the Equal Employment Opportunity Commission (EEOC) and the intended recipient(s). If you are not an intended recipient, you are hereby notified that any use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please delete all copies of the message and its attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. Emails that are sent or received by the EEOC will be retained according to EEOC's record retention schedule.

**From:** sonya chapman <snychpmn@yahoo.com>
**Sent:** Sunday, August 7, 2022 8:22 PM
**To:** Dallas Intake <dallasintake@eeoc.gov>
**Subject:** RE: Charge No. 510-2022-03700

**CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Hi. May I receive assistance filing a charge of discrimination. I can only get through to the inquiry stage. I have made numerous inquiries and was interviewed as of 7/11/2022.

Sonya Chapman

# Re: 2022-08-26 EEOC Charge No. 510-2022-03700

From: snychpmn@gmail.com (snychpmn@gmail.com)

To: YOLANDA.BROWN@EEOC.GOV

Date: Wednesday, August 31, 2022 at 04:19 PM CDT

Hi Mrs. Brown. I submitted for changes on the EEOC website. How can I get the 903 removed from my address. I asked for it to be removed several times through the website already. I do not need any added issues, the address listed needs to be correct.
Sonya Chapman

On Friday, August 26, 2022 at 10:32:21 AM CDT, YOLANDA BROWN <yolanda.brown@eeoc.gov> wrote:

Good Morning Ms. Chapman~

I wanted to let you know that your charge has been sent to you via the EEOC Portal for review and signature.

Kind Regards,

## Yolanda R. Brown
Federal Investigator
Dallas District Office | U. S. EEOC

(972) 918-3634
yolanda.brown@eeoc.gov
Fax: 214-253-2720
207 S. Houston Street, FL 3, Dallas, TX 75202

Please Note: In response to the ongoing coronavirus pandemic, EEOC has implemented 100% Agency-Wide Telework for all staff until further notice. Please submit all communication at this time ONLY via electronic means including Charging Party and Respondent portals as well as via email. Thank you for your understanding and consideration.