June 12, 2023


Clerk of the Court
Northern District of Texas
1100 Commerce St.
Dallas, Texas 75242


Dear Clerk of the Court:

Please file this copy of **Plaintiffs Response to Courts Findings, Conclusion, and Recommendations with Supplemental Statement of Claims and five (5) Exhibits with two (2) labeled as Exhibit 2.**


Respectfully Submitted,
<u>Sonya Chapman</u>
Sonya Chapman
                    Pro Se
1533 Honey Trl.
Glenn Heights, Texas 75154
(1214) 694-5770