# Remote Customer Service and Retention Representative (Job ID 2119437)

From: sonya chapman (snychpmn@yahoo.com)

To: snychpmn@yahoo.com

Date: Tuesday, March 1, 2022 at 08:37 PM CST

**Major Responsibilities**
We are hiring for our Account Management department as a Retention Agent in the following states: Alabama, Arkansas, Florida, Georgia, Idaho, Indiana, Iowa, Kansas, Kentucky, Louisiana, Mississippi, Nebraska, North Dakota, Oklahoma, South Dakota, Texas and Virginia.
In Account Management, our pursuit to make things right is the driving force behind our customer loyalty. We are the customer's champion – the architect who builds a bridge between what the customer wants, and the value we have to offer through an array of ADT products, led by a mission to protect lives, hopes, dreams, and futures.

- A day in the life of a Retention Agent looks like this:
- Answering incoming calls about our products and services with existing customers
- Retaining ADT customers by problem solving, deescalating customer issues and resolving account issues.
- Reviewing all contacts for accuracy while enhancing the department's ability to maximize profitability and resolution.
- The ability to work independently to find the best solution.

We're looking for someone with these skills:

- Experience in sales or retention
- Effective communication skills that help deescalate customer calls while problem solving
- The ability to work with multiple screens and programs open to help resolve customer issues
- Be able to interpret contracts and communicate terms and conditions
- Perform quick calculations

Compensation

- Competitive pay based on experience with additional financial incentives for team members.

Start Date and Schedule

- Our department is closed on weekends, allowing our employees to receive every weekend off, no matter the shift.

## Job Requirements

- Designated place to work from home
- High speed internet.  DSL, Cable or Fiber internet service with the ability to hardwire via ethernet from cable modem to your PC
- At least 25mbps to of internet to download and 15mbps to upload

When you commit to us—we commit to you. Our employees receive a comprehensive, full benefits package that includes:

- Paid virtual training
- Full benefits on the 1st of the month after 31 days of employment
- Casual, yet energetic and engaging work environments
- Medical, Dental, Vision, 401(k) with employer matching
- Paid vacation time (We all need to recharge)
- Tuition reimbursement, employee referral bonuses
- Potential opportunities to work from home based on business needs
- A culture of coaching, development and career growth opportunities

**Knowledge, Skills and Abilities:**

We're looking for someone with results they are proud of like:

- High school diploma, GED, college degree or some college experience
- Two (2) years customer retention experience
- Technical aptitude, problem solving skills, computer proficiency

Sonya Chapman