
**Take the next step in your career**

Sales | Field Operations | Corporate | Contact Center

Sonya Chapman, you are signed in.                                                       My Account Options

                                                                                        Sign Out   My Job Cart (0 items)

**JOB SEARCH**   **MY INFORMATION**

My Submissions  |  My Job Cart  |  My Saved Searches  |  My Referrals

## My Submissions (5 job submissions found)

This page displays all relevant details related to your draft and completed submissions.

Submissions per page:

10

### Draft Submissions

**Remote Customer Service and Retention Representative** - Full-time
United States-Texas-Irving, United States
Job Number: 2119437
Job Status: Inactive (No Longer Accepting Job Submissions)
View Submission | View Email Messages | Withdraw

### Completed Submissions

**Work From Home-Regional Support Specialist** - Full-time
United States-Florida-Jacksonville
Job Number: 2118795
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed – Updated: Oct 18, 2022
View Submission | View Email Messages

**Dallas STEM Hiring** - Full-time
United States-Texas-Irving
Job Number: 2210212
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed – Updated: Aug 3, 2022
View Submission | View Email Messages

**Remote Customer Service Monitoring Representative** - Full-time
United States-Texas-Irving
Job Number: 2210600
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed – Updated: Mar 17, 2022
View Submission | View Email Messages

**Remote Customer Troubleshooting Support** - Full-time
United States-Texas-Irving
Job Number: 2210714
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed – Updated: Mar 17, 2022
View Submission | View Email Messages

My Submissions - Page 1 of 1  Previous | 1 | Next

Withdraw All Submissions

| Product Categories | About Us | Dealers & Service | Customer Service | Follow Us |
|---|---|---|---|---|
| Home Security | About ADT | Dealer Lookup | Support | |
| Home Automation | ADT Reviews | Local Service Areas | Contact Us | |
| Business Security | Newsroom | | 1-800-521-1734 | |
| Video Survelliance | Careers | | | |
| Health | | | | |

© 2018 ADT LLC dba ADT Security Services. ADT is an equal opportunity employer committed to diversity in the workplace.

> Jobs by Category   > Jobs by Location   > Jobs by Group
> ADT Home Page     > ADT Job Search     > ADT Privacy Policy