# Offer of Employment ADT LLC Work From Home-Regional Support Specialist , Confidentiality Agreement & Benefits Overview

From: ADT Careers (noreply@recruiting.mail.adt.com)

To: snychpmn@gmail.com

Date: Wednesday, December 1, 2021 at 02:04 PM CST

Dear Sonya,

Congratulations on your offer for the Work From Home-Regional Support Specialist position with ADT! You may review the details of this offer and all supporting documentation by logging into [ADT's Confidential Portal](). Please log in with the username and password you created when applying (your username has been provided for you below as a reminder). If you decide to accept our offer, we ask that you electronically, review, sign, and/or acknowledge (as appropriate) the Offer Letter and Confidentiality Agreement within 48 hours of receipt of this email.

Please log in with this username: SonyaChapman@ADT.com

Thank you,

ADT, Talent Acquisition Team