IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SONYA CHAPMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:22-CV-2188-D-BN |
| | § | |
| ADT LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER OF RE-REFERENCE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case on February 21, 2023. Plaintiff filed objections on May 1, 2023 and June 12, 2023. The objections also appear to include motions.

Although plaintiff's pleadings are still largely conclusory, her June 12, 2023 filings (ECF Nos. 19 and 20)—particularly when viewed with the liberality required of *pro se* pleadings—arguably state at least one plausible discrimination claim. And even though this pleading purports to be plaintiff's objections to the findings, conclusions, and recommendation of the magistrate judge, it arguably should be treated as a second amended complaint.

Accordingly, the court re-refers this case to the United States Magistrate Judge for further screening procedures and, if appropriate, orders for issuance and service of process.

**SO ORDERED**.

July 12, 2023.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE