IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SONYA CHAPMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:22-cv-2188-D-BN |
| | § | |
| ADT LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER WITHDRAWING FINDINGS, CONCLUSIONS, AND RECOMMENDATION FOR FURTHER SCREENING**

Plaintiff Sonya Chapman initiated this lawsuit against Defendant ADT LLC by filing a *pro se* Motion to File Civil Claim, attaching to that motion a handwritten one-page complaint and a Determination and Notice of Rights issued by the U.S. Equal Employment Opportunity Commission on September 1, 2022. *See* Dkt. No. 2. Chapman then filed a Supplemental Initial Complaint. *See* Dkt. No. 5.

Senior United States District Judge Sidney A. Fitzwater referred this lawsuit to the undersigned United States magistrate judge for screening under 28 U.S.C. § 636(b) and a standing order of reference.

After the undersigned recommended that the Court dismiss Chapman's claims of employment discrimination in violation of federal law with prejudice and decline to exercise supplemental jurisdiction over any state-law claims asserted in her amended complaint [Dkt. No. 13] (the FCR), Chapman objected and, in doing so, amended her claims, *see* Dkt. Nos. 18-21, and the Court re-referred this case to the undersigned "for further screening procedures and, if appropriate, orders for issuance

- 2 -

and service of process," Dkt. No. 22.

The undersigned therefore WITHDRAWS the FCR and will enter further orders as appropriate.

SO ORDERED.

DATED: July 13, 2023

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE