IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SONYA CHAPMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:22-CV-2188-D |
| | § | |
| ADT LLC, | § | (<u>Consolidated with</u>: |
| | § | No. 3:23-CV-0799-D) |
| Defendant. | § | |

## **ORDER**

The United States Magistrate Judge made findings, conclusions, and a recommendation in these consolidated cases on August 25, 2023 (ECF No. 34). On September 8, 2023 plaintiff filed objections (ECF No. 38). The undersigned district judge has reviewed *de novo* the portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

Accordingly, the court denies plaintiff's motion to remand (ECF No. 32), denies her request to reconsider (ECF No. 33), and affirms the magistrate judge's August

22, 2023 order (ECF No. 31).

**SO ORDERED**.

September 27, 2023.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE