IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SONYA CHAPMAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | Civil Action No. 3:22-CV-2188-D |
| § | (Consolidated with |
| ADT LLC, § | Civil Action No. 3:23-CV-0799-D) |
| § | |
| Defendant. § | |

## **ORDER**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case on December 28, 2023 (ECF No. 57). Plaintiff has filed objections. The undersigned district judge has reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objections were made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge and dismisses this action in part with prejudice and in part without prejudice by final judgment filed today.

The following motions are denied: plaintiff's February 6, 2024 motion for joinder of parties (ECF No. 68); plaintiff's February 6, 2024 motion to sever and remand claims (ECF No. 69); plaintiff's February 22, 2024 motion to compel arbitration of claims (ECF No. 71); plaintiff's February 27, 2024 opposed motion for additional time to object/respond to defendant's response to plaintiff's objections to findings, conclusions, and recommendations of the United States Magistrate Judge (ECF No. 73); plaintiff's unopposed motion for additional time to object/respond to defendant's response to plaintiff's objections to findings, conclusions, and recommendations of the United States Magistrate Judge (ECF No. 74); and plaintiff's March 4, 2024 motion for partial final

judgment of federal claims in the alternative and or in lieu of denial of this motion for discovery (ECF No. 77).

**SO ORDERED**.

March 4, 2024.

                                                SIDNEY A. FITZWATER
                                                SENIOR JUDGE