IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SONYA CHAPMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 3:22-CV-2188-D |
| | § | (Consolidated with |
| ADT LLC, | § | Civil Action No. 3:23-CV-0799-D) |
| | § | |
| Defendant. | § | |

## ORDER

The June 9, 2026 findings, conclusions, and recommendation of the United States Magistrate Judge are adopted, and the court vacates its May 23, 2025 order granting defendant's May 23, 2025 agreed motion for referral to the magistrate judge to conduct mediation ("Motion"). For the reasons explained by the magistrate judge in his findings, conclusions, and recommendation, which the court now adopts, the Motion is denied.

**SO ORDERED**.

June 30, 2025.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE